IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STEPHANIE WISE, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:17-cv-00274-PLR-CCS |
| | ) |
| CONN APPLIANCES, INC. d/b/a CONN'S, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the parties, Stephanie Wise and Conn Appliances, Inc. d/b/a Conn's, by and through their respective undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and file this Stipulation of Voluntary Dismissal with Prejudice. The parties hereby stipulate that the above-styled case is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees, costs, and discretionary costs.

**STIPULATED AND RESPECTFULLY SUBMITTED** this 7th day of November, 2017.

*/s/ Michael C. Inman,*
Michael C. Inman, Esq., BPR#22858
Inman and Stadler
9111 Cross Park Drive
Suite E290
Knoxville, TN 37923
*Counsel for Plaintiff Stephanie Wise*
Telephone –865-470-4770
Facsimile – 865-470-4870
michael@inmanandstadler.com

*/s/ Cheryl G. Rice*
Cheryl G. Rice, Esq., BPR#21145
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, 14th Floor
Knoxville, TN 37902
*Counsel for Defendant Conn Appliances, Inc.*
Telephone – 865-546-0500
Facsimile – 865-525-5293
crice@emlaw.com

1315721v1

Of Counsel to:

Alex Simanovsky, Esq.
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, #300
Atlanta, GA 30345
678-781-1012
alex@a-s-law.com

G. Thomas Martin, III, Esq.
Martin & Bontrager, APC
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
323-940-1700
Tom@mblawapc.com

Of Counsel to:

Stefanie H. Jackman, Esq.
Stephanie C. Deal, Esq.
Ballard Spahr, LLP
999 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309-3915
DealS@ballardspahr.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of November, 2017, filed a copy of the foregoing pleading with the Clerk of the Court using the CM-ECF system which will send an electronic notification of such filing to all counsel of record.

*/s/ Cheryl G. Rice*
Cheryl G. Rice, Esq.

1315721v1